This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Dated: December 22, 2020

Guy R. Humphrey
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## DAYTON DIVISION

| | |
|---|---|
| In Re: | Case No. 20-32489 |
| Sarah Michelle Battle<br>  *aka* Sarah Hensley | Chapter 7 |
| Debtor(s). | Judge Guy R. Humphrey |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY ON PERSONAL PROPERTY DESCRIBED AS 2015 FORD FUSION - VIN 3FA6P0H9XFR290741 (Doc. 11)**

This matter came to be considered on the Motion for Relief from the Automatic Stay (the 'Motion') filed by Bridgecrest Credit Company, LLC dba Bridgecrest Acceptance Corp ('Movant') at Docket No. 11.

Movant has alleged that good cause exists for granting the Motion and that the Debtor, counsel for the Debtor, the Chapter 7 Trustee and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns as to the personal property described as 2015 FORD FUSION - VIN 3FA6P0H9XFR290741.

IT IS FURTHER ORDERED that this Order is effective immediately, and that the 14 day requirement of Rule 4001(a)(3) is not in effect.

SO ORDERED.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Copies to:

Default List